**UNDER SEAL**

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>LAURI LOVE<br>a/k/a "nsh", a/k/a "route", a/k/a "peace", a/k/a "shift"<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 1:13-mj-657<br><br>UNDER SEAL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2012 through August 2013  in the county of  Loudoun and elsewhere  in the
 Eastern  District of  Virginia and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT JAMES R. MACKIE

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jay V. Prabhu and Ryan K. Dickey

*Complainant's signature*
James R. Mackie, Special Agent
*Printed name and title*
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: 10/24/2013

/s/Thomas Rawles Jones, Jr.
*Judge's signature*
The Honorable T. Rawles Jones, Jr.,
United States Magistrate Judge
*Printed name and title*

City and state:  Alexandria, Virginia